IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BUFORD,

    Plaintiff,

vs.

C/O CLEVELAND, et al.,

    Defendants.

CV F 02 5788 OWW  WMW  P

ORDER

        Plaintiff is a former state prisoner proceeding pro se. On February 11, 2005, an order was entered by the District Court, denying plaintiff's motion for reconsideration of the Magistrate Judge's ruling that plaintiff be denied leave to proceed in forma pauperis. Plaintiff has been advised that failure to submit the $150 filing fee would result in dismissal of this action for his failure to do so. On March 15, 2005, plaintiff was re-served such notice at his address of

1

1  record.   On April 13, 2005, plaintiff filed a notice of change of address.  The court notes,
2  however, that the March 15, 2005, order was served upon plaintiff at his address of record, and
3  has not been returned as undeliverable.  The court will, however, grant plaintiff a final extension
4  of time in which to submit the filing fee.   Plaintiff is granted an extension of time of twenty days
5  from the date of service of this order in which to submit the $150 filing fee in full.   Plaintiff's
6  failure to do so will result in dismissal of this action for failure to prosecute.

10 IT IS SO ORDERED.

11 **Dated:   April 21, 2005**              **/s/  William M. Wunderlich**
   j14hj0                              UNITED STATES MAGISTRATE JUDGE