IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BUFORD,

    Plaintiff,                    CV F 02 5788 OWW WMW  P

  vs.                            ORDER DISMISSING ACTION

C/O CLEVELAND, et al.,

    Defendants.
_____/

       Plaintiff is a state prisoner proceeding pro se. On June 14, 2004, an order was entered, denying plaintiff leave to proceed in forma pauperis and directing plaintiff to pay the $150 filing fee for this action. The Magistrate Judge ruled that plaintiff is ineligible to proceed in forma pauperis pursuant to the three strikes provison of 28 U.S.C. § 1915(g). Plaintiff sought reconsideration by the District Court, which denied the motion on February 11, 2005. Plaintiff sought an extension of time in which to comply with the orders directing him to pay the filing fee. The most recent extension of time was granted on May 17, 2005. Plaintiff was directed to pay the filing fee within twenty days. Plaintiff has failed to pay the $150 filing fee.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute and to obey a court order. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**   **June 14, 2005**              /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE